```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

HANNAH KIDWELL, a minor child, BILLY
KIDWELL, on behalf of himself, and
TANA KIDWELL, on behalf of herself,

                      Plaintiffs,

vs.                              Case No.   2:05-cv-322-FtM-29DNF

FISHER PRICE, INC., a division of
Mattel Inc., a foreign corporation,

                      Defendant.
_____/

## OPINION AND ORDER

This matter comes before the Court on the Renewed Motion of Plaintiff Billy Kidwell to Repremand Case Back to State Court (Doc. #28) and the Renewed Motion of Plaintiff Tana Kidwell to Repremand Case Back to State Court (Doc. #29), both filed on October 4, 2005. Defendant filed its Response on October 18, 2005. (Doc. #31). For the reasons set forth below, the motions will be denied.

      Pursuant to 28 U.S.C. § 1447(c), a district court may remand a case when the court lacks subject matter jurisdiction. Under federal law, "events occurring after removal which may reduce the damages recoverable below the amount in controversy requirement do not oust the district court's jurisdiction." Poore v. American-Amicable Life Ins. Co. of Tex., 218 F.3d 1287, 1289, 1291 (11th Cir. 2000)(Court had jurisdiction even after plaintiffs filed Amended Complaint reducing the amount in controversy).

Here, the Court previously found that defendant satisfied the diversity requirement as well as the amount in controversy for federal jurisdiction over this case at the time of removal. (Doc. #19). The instant motions were filed after Tana Kidwell and Billy Kidwell stipulated that their claims for damages were far less than the jurisdictional amount. (Docs. #21, 22). Plaintiffs' stipulations occurred after the removal; further, they do not affect plaintiff Hannah Kidwell's claim. Thus, the motions are due to be denied.

Accordingly, it is now

**ORDERED**:

1. Renewed Motion of Plaintiff Billy Kidwell to Repremand Case Back to State Court (Doc. #28) is **DENIED.**

2. Renewed Motion of Plaintiff Tana Kidwell to Repremand Case Back to State Court (Doc. #29) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___31st___ day of October, 2005.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record